1

**MANATT, PHELPS & PHILLIPS, LLP**
JOHN W. MCGUINNESS (Bar No. 277322)

2

E-mail:  jmcguinness@manatt.com
ALEXANDRA N. KRASOVEC (Bar No. 279578)

3

E-Mail: AKrasovec@manatt.com
2049 Century Park East, Suite 1700

4

Los Angeles, California 90067
Telephone: 310.312.4000

5

Facsimile: 310.312.4224

6

Attorneys for Defendant
GOODLEAP, LLC

7

8

UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

11

VICTORIA O. SIBELU,

12

Plaintiff,

13

v.

14

GOODLEAP, LLC,

15

Defendant.

16

No. 2:21-cv-01788-JAM-DB

**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT GOODLEAP, LLC TO RESPOND TO PLAINTIFF'S COMPLAINT**

17

Pursuant to Civil Local Rule 144(a), Plaintiff Victoria O. Sibelu ("Plaintiff") and Defendant

18

GoodLeap, LLC (individually, "Defendant" and together with Plaintiff, the "Parties") hereby

19

stipulate and agree to extend the deadline for Defendant to respond to the Complaint (*see* Dkt. 1,

20

"Complaint") to and including December 21, 2021, stating as follows:

21

WHEREAS, Plaintiff filed her Complaint in this action on September 29, 2021 in the United

22

States District Court in the Eastern District of California (*see* Dkt. 1);

23

WHEREAS, Plaintiff filed a Proof of Service on October 21, 2021 indicating Defendant

24

was served with process on October 19, 2021 (*see* Dkt. 4);

25

WHEREAS, Defendant's initial deadline to respond to the Complaint was November 9,

26

2021;

27

28

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
WASHINGTON, D.C.

1    WHEREAS, on November 4, 2021, the Parties agreed to extend Defendant's initial deadline

2  to respond to the Complaint by twenty-eight (28) days, to and including December 7, 2021, which

3  is Defendant's current responsive pleading deadline (*see* Dkt. 5).

4    WHEREAS, the Parties continue to discuss a possible extra-judicial resolution of their

5  disputes in this matter.  Those discussions are still ongoing and have not yet been completed.  So

6  that the Parties can continue and see those discussions through to their natural conclusion without

7  incurring additional expenses and fees, the Parties agree that a modest additional extension of

8  Defendant's responsive pleading deadline would be appropriate;

9    WHEREAS, Defendant has requested, and Plaintiff has agreed to, an extension of time of

10  not more than fourteen (14) days, to and including December 21, 2021, for Defendant to serve and

11  file its answer, motion or other response to the Complaint;

12    WHEREAS, good cause for granting the requested extension exists in that it will promote

13  efficiency by enabling the Parties to pursue and possibly reach an early resolution without the need

14  for a responsive pleading, including a Rule 12(b) motion, and thus potentially avoid further

15  litigation expense and judicial labor;

16    WHEREAS, the requested extension is not being made for purposes of delay, is being made

17  for the purpose of judicial and party economy and in good faith, and will not prejudice any party to

18  this action, particularly as this case remains in its early stages and all Parties are in agreement;

19    WHEREAS, the proposed extension will not alter the date of any other deadline or event

20  already fixed by Court Order;

21    WHEREAS, this is the second requested extension to respond to the Complaint; and

22    WHEREAS, Defendant expressly reserves, without waiver, any and all arguments, defenses

23  and other rights with respect to this case, the Complaint, or otherwise through this stipulation, and

24  in particular any defenses available under Fed. R. Civ. P. 12(b).

25    NOW, THEREFORE, the Parties stipulate to extending the time for Defendant to answer,

26  move or otherwise respond to the Complaint **until and including December 21, 2021**, or other

27  such date as the Court may deem appropriate.

28

1

2    Dated: December 3, 2021                    Respectfully submitted,

3                                               WAJDA LAW GROUP, APC

4

5                                               By:/s/Nicholas M. Wajda (as authorized on 12/3/21)

6                                                    Nicholas M. Wajda
                                                     Attorneys for Plaintiff
7                                                    VICTORIA O. SIBELU

8

9    Dated: December 3, 2021                    MANATT, PHELPS & PHILLIPS, LLP

10

11                                              By:/s/ John W. McGuinness

12                                                   John W. McGuinness
                                                     Attorneys for Defendant
13                                                   GOODLEAP, LLC

14   **IT IS SO ORDERED.**

15

16

17
     Dated: December 3, 2021                    /s/ John A. Mendez
18
                                                THE HONORABLE JOHN A. MENDEZ
19                                              UNITED STATES DISTRICT COURT JUDGE

20

21

22

23

24

25

26

27

28

MANATT, PHELPS &
  PHILLIPS, LLP
 ATTORNEYS AT LAW
 WASHINGTON, D.C.

STIPULATION FOR EXTENSION OF TIME
TO RESPOND TO COMPLAINT
CASE 2:21-CV-01788-JAM-DB