**MANATT, PHELPS & PHILLIPS, LLP**
JOHN W. MCGUINNESS (Bar No. 277322)
E-mail: JMcguinness@manatt.com
ALEXANDRA N. KRASOVEC (Bar No. 279578)
E-Mail: AKrasovec@manatt.com
2049 Century Park East, Suite 1700
Los Angeles, California 90067
Telephone: 310.312.4000
Facsimile: 310.312.4224

Attorneys for Defendant
GOODLEAP, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA O. SIBELU,<br><br>Plaintiff,<br><br>v.<br><br>GOODLEAP, LLC,<br><br>Defendant. | No. 2:21-cv-01788-JAM-DB<br><br>**STIPULATION FOR THIRD EXTENSION OF TIME FOR DEFENDANT GOODLEAP, LLC TO RESPOND TO PLAINTIFF'S COMPLAINT** |

Pursuant to Civil Local Rule 144(a), Plaintiff Victoria O. Sibelu ("Plaintiff") and Defendant GoodLeap, LLC (individually, "Defendant" and together with Plaintiff, the "Parties") hereby stipulate and agree to extend the deadline for Defendant to respond to the Complaint (*see* Dkt. 1, "Complaint") to and including December 28, 2021, stating as follows:

WHEREAS, Plaintiff filed her Complaint in this action on September 29, 2021, in the United States District Court in the Eastern District of California (*see* Dkt. 1).

WHEREAS, Plaintiff filed a Proof of Service on October 21, 2021 indicating Defendant was served with process on October 19, 2021 (*see* Dkt. 4).

WHEREAS, Defendant's initial deadline to respond to the Complaint was November 9, 2021.

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
WASHINGTON, D.C.

STIPULATION FOR THIRD EXTENSION
OF TIME TO RESPOND TO COMPLAINT
CASE 2:21-CV-01788-JAM-DB

WHEREAS, on November 4, 2021, the Parties filed a stipulation for an extension of Defendant's initial deadline to respond to the Complaint by twenty-eight (28) days, to and including December 7, 2021 pursuant to Civil Local Rule 144(a) (*see* Dkt. 5).

WHEREAS, on December 3, 2021, the Parties filed a stipulation for extension of Defendant's deadline to respond to the Complaint by fourteen (14) days, to and including December 21, 2021, so that the Parties could continue to have productive discussions regarding the potential for early extra-judicial resolution of their differences, which, if fruitful, would obviate Defendant's need to respond to the Complaint.  *See* Dkt. 6.  This extension was granted by the Court on this same date. *See* Dkt. 7.

WHEREAS, since entry of the December 3, 2021 Order, the Parties (through their counsel) have continued to discuss a possible early extra-judicial resolution of their disputes in this matter, including most recently on December 18, 2021. These discussions have been productive, and are still ongoing.  Therefore, to avoid the potentially unnecessary expenditure of time and resources by the Parties and the Court, the Parties agree that a further modest extension of Defendant's responsive pleading deadline would be appropriate.

WHEREAS, Defendant has requested, and Plaintiff has agreed to, an extension of time of not more than seven (7) days, to and including December 28, 2021, for Defendant to serve and file its answer, motion or otherwise respond to the Complaint.

WHEREAS, good cause for granting the requested extension exists in that it will promote efficiency by enabling the Parties to pursue and possibly reach an early resolution without the need for a responsive pleading, including a Rule 12(b) motion, and thus potentially avoid further litigation expense and judicial labor.

WHEREAS, the requested extension is not being made for purposes of delay, is being made for the purpose of judicial and party economy and in good faith, and will not prejudice any party to this action, particularly as this case remains in its early stages and all Parties are in agreement.

WHEREAS, the proposed extension will not alter the date of any other deadline or event already fixed by Court Order.

WHEREAS, this is the third requested extension to respond to the Complaint, as the parties

Manatt, Phelps &
Phillips, LLP
Attorneys at Law
Washington, D.C.

- 2 -

STIPULATION FOR THIRD EXTENSION
OF TIME TO RESPOND TO COMPLAINT
CASE 2:21-CV-01788-JAM-DB

1    previously requested extensions of 28 and 14 days, respectively (42 total days); and

2           WHEREAS, Defendant expressly reserves, without waiver, any and all arguments, defenses

3    and other rights with respect to this case, the Complaint, or otherwise through this stipulation, and

4    in particular any defenses available under Fed. R. Civ. P. 12(b).

5           NOW, THEREFORE, the Parties stipulate to extending the time for Defendant to answer,

6    move or otherwise respond to the Complaint **until and including December 28, 2021**, or other

7    such date as the Court may deem appropriate.

8

9    Dated: December 21, 2021              Respectfully submitted,

10

11                                        WAJDA LAW GROUP, APC

12

13                                        By:/s/Nicholas M. Wajda (as authorized on 12/20/21)
                                             Nicholas M. Wajda
14                                           Attorneys for Plaintiff
                                             VICTORIA O. SIBELU
15

16   Dated: December 21, 2021              MANATT, PHELPS & PHILLIPS, LLP

17

18                                        By:/s/ John W. McGuinness
19                                           John W. McGuinness
                                             Attorneys for Defendant
20                                           GOODLEAP, LLC

21

22   **IT IS SO ORDERED.**

23

24   Dated:  December 21, 2021            /s/ John A. Mendez
25                                        THE HONORABLE JOHN A. MENDEZ
                                          UNITED STATES DISTRICT COURT JUDGE
26

27

28

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
WASHINGTON, D.C.

- 3 -

STIPULATION FOR THIRD EXTENSION
OF TIME TO RESPOND TO COMPLAINT
CASE 2:21-CV-01788-JAM-DB